Fill in this information to identify the case:

United States Bankruptcy Court for the:
**District of Puerto Rico**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  INCAR GROUP, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  66 – 0880052

**4. Debtor's address**

Principal place of business:
CARR. 172 KM 18.9 BO. CERTENEJAS II INTERIOR
Number  Street
Cidra, PR 00739
City  State  ZIP Code

Cidra
County

Mailing address, if different from principal place of business:
PO Box 9619
Number  Street
Cidra, PR 00739
City  State  ZIP Code

Location of principal assets, if different from principal place of business:

**5. Debtor's website (URL)**  https://www.facebook.com/IncarLLC/

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page **1**

Debtor    **INCAR GROUP, LLC**_____    Case number *(if known)* _____
           Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>__ __ __ __ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>　☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>　　　District _____ When _____<br>　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　Case number, if known _____ |

Debtor **INCAR GROUP, LLC**      Case number *(if known)* _____
    Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number    Street<br>_____<br>City     State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99    ☐ 1,000-5,000   ☐ 5,001-10,000    ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999    ☐ 10,001-25,000        ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000           ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor **INCAR GROUP, LLC**
Name

Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/07/2025**
MM/ DD/ YYYY

X **/s/ FRANCISCO JAVIER PEREZ VAZQUEZ**
Signature of authorized representative of debtor

**FRANCISCO JAVIER PEREZ VAZQUEZ**
Printed name

Title **PRESIDENT**

**18. Signature of attorney**

X **/s/ CARLOS ALBERTO RUIZ**
Signature of attorney for debtor

Date **07/07/2025**
MM/ DD/ YYYY

**CARLOS ALBERTO RUIZ**
Printed name

**Licenciado Carlos Alberto Ruiz LLC**
Firm name

**PO Box BOX 1298**
Number    Street

**Caguas**      **PR**    **00726**
City           State    ZIP Code

**(787) 286-9775**
Contact phone

**carlosalbertoruizquiebras@gmail.com**
Email address

**210009**      **PR**
Bar number    State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

Fill in this information to identify the case:

Debtor name: **INCAR GROUP, LLC**

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PMI FINANCIAL CORP<br>d/b/a EASY MORTGAGE<br>PR 2 M-239 VILLA CAPARRA<br>Guaynabo, PR 00966 | | Mortgage | Contingent<br>Disputed<br>Unliquidated | | | $350,000.00 |
| 2 | PEDRO CORREA AMIL & LISA MARTINEZ MANGUAL<br>VILLA DEL REY 2D-33 CALLE PINO<br>Caguas, PR 00725 | | MONEY COLLECTION | Contingent<br>Disputed<br>Unliquidated | | | $111,000.00 |
| 3 | JP CONSTRUCTION<br>CARR. 173 KM 5.9 BO. SALTO SECTOR LA TOSCA<br>Cidra, PR 00739 | | CONSTRUCTION PROJECT | Contingent<br>Disputed<br>Unliquidated | | | $77,007.72 |
| 4 | BANCO POPULAR OF PR<br>PO Box BOX 366818<br>San Juan, PR 00936-6818 | | CREDIT CARD | Contingent<br>Disputed<br>Unliquidated | | | $24,950.22 |
| 5 | CREDITORS ADJUSTMENT BUREAU, INC<br>4340 FULTON AVE. THIRD FLOOR<br>Sherman Oaks, CA 91423 | | COLLECTION AGENCY | Contingent<br>Disputed<br>Unliquidated | | | $20,000.00 |
| 6 | INTERNAL REVENUE SERVICES<br>PO Box 7346<br>Philadelphia, PA 19101 | | WITHHOLDINGS | Contingent<br>Disputed<br>Unliquidated | | | $9,000.00 |
| 7 | LUMA ENERGY<br>PO Box 364267<br>San Juan, PR 00936 | | UTILITY BILL | Contingent<br>Disputed<br>Unliquidated | | | $4,757.78 |
| 8 | PR DEPARTMENT OF TREASURY<br>PO Box 9024140<br>San Juan, PR 00902-4140 | | WITHHOLDINGS | Contingent<br>Disputed<br>Unliquidated | | | $4,278.80 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor **INCAR GROUP, LLC**
Name

Case number *(if known)*

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CRIOLLO READY MIX, INC. PO Box 1305 Gurabo, PR 00778-1305 | | CONSTRUCTION PROJECT | Contingent Disputed Unliquidated | | | $4,064.18 |
| 10 | FERRETERIA Y CONSTRUCTORA, INC. CARR. 172 KM 20.8 BO. CAÑABONCITO SECTOR LA SIERRA Caguas, PR 00725 | | CONSTRUCTION PROJECT | Contingent Disputed Unliquidated | | | $2,873.59 |
| 11 | GREENBOX CAPITAL 2200 BYSCAINE BLVD STE 200 Miami, FL 33137 | | CASH ADVANCE | Contingent Disputed Unliquidated | | | $2,295.96 |
| 12 | CRIM PO Box 195387 San Juan, PR 00919 | | PROPERTY TAXES | Contingent Disputed Unliquidated | | | $2,066.16 |
| 13 | CENTENOS TIRE DISTRIBUTOR CARR. 172 VILLAS DEL REY 4 CALLE 11 CC8 Caguas, PR 00725 | | SERVICES | Contingent Disputed Unliquidated | | | $846.74 |
| 14 | VPNET, INC PO Box 193780 San Juan, PR 00919-3780 | | SERVICES | Contingent Disputed Unliquidated | | | $555.00 |
| 15 | QUALITY WATER SERVICE PO Box 9020096 San Juan, PR 00902-0096 | | SERVICES | Contingent Disputed Unliquidated | | | $300.00 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

**In re**   INCAR GROUP, LLC

Case No. _____

**Debtor**

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **NO LOOK FEE**

   For legal services, I have agreed to accept ............................................................................... _____

   Prior to the filing of this statement I have received .................................................................. _____

   Balance Due ................................................................................................................................ _____

   ☑ **RETAINER**

   For legal services, I have agreed to accept and received a retainer of .................................... **$9,000.00**

   The undersigned shall bill against the retainer at an hourly rate of ........................................ **$295.00**
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. **$1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify)

4. The source of compensation to be paid to me is:

   ☐ Debtor    ☑ Other (specify)   **DIP**

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

Page 1 of 2

B2030 (Form 2030) (12/15)

      b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

      c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**07/07/2025**          **/s/ CARLOS ALBERTO RUIZ**
*Date*          CARLOS ALBERTO RUIZ
*Signature of Attorney*

Bar Number: 210009
Licenciado Carlos Alberto Ruiz LLC
PO Box BOX 1298
Caguas, PR 00726
Phone: (787) 286-9775

**Licenciado Carlos Alberto Ruiz LLC**
*Name of law firm*

BANCO POPULAR OF PR
PO BOX BOX 366818
SAN JUAN, PR 00936-6818

CENTENOS TIRE
DISTRIBUTOR
CARR. 172 VILLAS DEL REY 4 CALLE 11
CC8
CAGUAS, PR 00725

CREDITORS ADJUSTMENT
BUREAU, INC
PO BOX 5932
SHERMAN OAKS, CA 91413

CRIM
PO BOX 195387
SAN JUAN, PR 00919

CRIOLLO READY MIX, INC.
PO BOX 1305
GURABO, PR 00778-1305

EMI EQUITY MORTGAGE
PO BOX 195442
SAN JUAN, PR 00919

FERRETERIA Y
CONSTRUCTORA, INC.
CARR. 172 KM 20.8 BO. CAÑABONCITO
SECTOR LA SIERRA
CAGUAS, PR 00725

GREENBOX CAPITAL
2200 BYSCAINE BLVD STE 200
MIAMI, FL 33137

INTERNAL REVENUE
SERVICES
PO BOX 7346
PHILADELPHIA, PA 19101


JP CONSTRUCTION
CARR. 173 KM 5.9 BO. SALTO SECTOR LA
TOSCA
CIDRA, PR 00739


LUMA ENERGY
PO BOX 364267
SAN JUAN, PR 00936


LCDO. EUFEMIO MARTINEZ
CINTRON
EDIF. CENTRO DE SEGUROS 701 AVE.
PONCE DE LEON
OFICINA 414
SAN JUAN, PR 00907

MUNICIPIO AUTONOMO DE
CIDRA
PO BOX 729
CIDRA, PR 00739-0729


PEDRO CORREA AMIL & LISA
MARTINEZ MANGUAL
VILLA DEL REY 2D-33 CALLE PINO
CAGUAS, PR 00725


FRANCISCO JAVIER PEREZ
VAZQUEZ
PO BOX 9619
CIDRA, PR 00739


PMI FINANCIAL CORP
D/B/A EASY MORTGAGE
PR 2 M-239 VILLA CAPARRA
GUAYNABO, PR 00966

PR DEPARTMENT OF
TREASURY
PO BOX 9024140
SAN JUAN, PR 00902-4140


QUALITY WATER SERVICE
PO BOX 9020096
SAN JUAN, PR 00902-0096


SMALL BUSINESS
ADMINISTRATION
273 PONCE DE LEON AVE 510 PLAZA 273
SAN JUAN, PR 00917


US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530


VPNET, INC
PO BOX 193780
SAN JUAN, PR 00919-3780


WESTLAKE SERVICES, LLC
PO BOX 847405
LOS ANGELES, CA 90084-7405

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO
HATO REY DIVISION

IN RE: **INCAR GROUP, LLC**  CASE NO

CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **07/07/2025**   Signature   **/s/ FRANCISCO JAVIER PEREZ VAZQUEZ**
FRANCISCO JAVIER PEREZ VAZQUEZ, PRESIDENT